**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA
<u>CIVIL MINUTES -- GENERAL</u>

Case No     EDCV 04-01215 SGL                              Date   February 3, 2005

Title   MARIO DELGADILLO -v- TEAMSTERS AND FOOD EMPLOYERS SECURITY
        TRUST FUND, et al,
===============================================================
PRESENT   HONORABLE STEPHEN G LARSON, U S MAGISTRATE JUDGE

Jim Holmes                                  None Present
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS            ATTORNEYS PRESENT FOR DEFENDANTS

None                                        None

PROCEEDINGS    (IN CHAMBERS)
        1   NOTICE AND ORDER CONTINUING HEARING ON MOTION TO
            DISMISS, filed January 10, 2005
        2   NOTICE AND ORDER RE  CONSENT FORM

   Counsel are hereby notified that the hearing on Defendant's Motion to Dismiss set for February 7, 2005, is CONTINUED on calendar to March 7, 2005, at 3 00 p m

   The deputy clerk will mail a consent form to proceed before Magistrate Judge Larson to both sides   The parties are directed to file such form notice of consent or non-consent no later than February 15, 2005

        IT IS SO ORDERED



Eastern Division Civil Pilot Program Notice Re Consent            Page 1

NAME ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ATTORNEYS FOR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | CASE NUMBER |
|---|---|
| Plaintiff(s) v. Defendant(s) | **CONSENT TO MAGISTRATE JUDGE OR REQUEST FOR REASSIGNMENT FOR EASTERN DIVISION PILOT PROJECT** |

**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE STEPHEN G LARSON IN ACCORDANCE WITH GENERAL ORDER 03-13**

All parties to the above-captioned civil matter are to check one of the two following options and file this document with the Clerk's Office

☐ In accordance with the provisions of 28 U S C §636(c) and F R Civ P 73(b), the undersigned party or parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge and consent to have Magistrate Judge Stephen G Larson conduct any and all further proceedings in this case (including the trial) and order the entry of final judgment

Any appeal from a judgment of Magistrate Judge Larson shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U S C §636(c)(3)

☐ The undersigned party or parties to the above-captioned civil matter do not consent to proceed before Magistrate Judge Larson and hereby request reassignment to a District Judge The party or parties understand that Magistrate Judge Larson will remain assigned to the case for purposes of any referred discovery matters

The undersigned party or parties acknowledge that they are free to withhold consent without adverse substantive consequences

Dated this _____ day of _____, 2005

| **Name of Counsel** | **Signature** | **Counsel for (Name Parties)** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |