

ENTERED

MAR 17 2005

CLERK, US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          DEPUTY

FILED - EASTERN DIVISION
CLERK U S DISTRICT COURT

MAR 15 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(D).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DELGADILLO, ) | NO  EDCV 04-1215-SGL |
| ) | |
| Plaintiff, ) | **J U D G M E N T** |
| ) | |
| vs ) | |
| ) | |
| TEAMSTERS AND FOOD EMPLOYERS ) | |
| SECURITY TRUST FUND, HOSPITAL-) | |
| MEDICAL PLAN NO  501, JOINT ) | |
| BOARD OF TRUSTEES, BRENT R ) | |
| BOHN, KATHLEEN A  FINAZZO, ) | |
| JOHN SCHROEDER, JIM MAHAN, ) | |
| ROBERT L  MONDER, KURT LARSEN,) | |
| RICK MIDDLETON, and SOUTHWEST ) | |
| ADMINISTRATORS, INC , ) | |
| ) | |
| Defendants ) | |

Pursuant to the Order Granting Defendants' Motion to Dismiss,

IT IS ADJUDGED that the defendants' Motion to Dismiss is

granted and this action is dismissed with prejudice.

DATED   3-15-05

S Larson

STEPHEN G  LARSON
UNITED STATES MAGISTRATE JUDGE

MAR 17 2005

BY